**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JORGE BOSQUE,**

        **Plaintiff,**

**-vs-**          **Case No.  6:10-cv-478-Orl-28GJK**

**RENEGADE ENVIRONMENTAL**
**SERVICES, LLC.,**

        **Defendant.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement, Joint Stipulation for Dismissal with Prejudice (Doc. No. 23) filed March 31, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to this Court's Report and Recommendation (Doc. 26), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed April 4, 2011 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Joint Motion for Approval of Settlement, Joint Stipulation for Dismissal with Prejudice (Doc. No. 23) is **GRANTED** to the extent that the Court finds the parties' settlement to be a fair and reasonable resolution of the bona fide Fair Labor Standard Act disputes.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of April, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record